**STATE OF LOUISIANA**       \*       **NO. 2018-KA-0891**

**VERSUS**       \*       **COURT OF APPEAL**

**D. D.**       \*       **FOURTH CIRCUIT**

     \*       **STATE OF LOUISIANA**

     \*

     \*

**\* \* \* \* \* \* \***

**DYSART, J.**, concurs in the result.